IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SHAWN M.,[1] <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § Civil Action No. 4:24-CV-00835-BU <br> § <br> § <br> § <br> § <br> § |

## FINAL JUDGMENT

For the reasons stated in the Court's Order (Dkt. No. 16) granting the Commissioner's Unopposed Motion to Remand (Dkt. No. 15), it is hereby ORDERED, ADJUDGED, and DECREED that:

The hearing decision is reversed, and the case is remanded to the Commissioner of Social Security for further proceedings consistent with the Commissioner's Motion.

The Clerk is directed to close the case.

ORDERED this 21st of March 2025.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Due to concerns regarding the privacy of sensitive personal information available to the public through opinions in Social Security cases, Plaintiff is identified only by first name and last initial.